# EXHIBIT B: STIPULATION OF PARTIAL DISMISSAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

RECEIVED
APR 18 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

------------------------------------------------------------X

ASTRAZENECA AB,
ASTRAZENECA LP,
KBI-E INC., and POZEN, INC.,

    Plaintiffs,

v.

DR. REDDY'S LABORATORIES, LTD.,
AND DR. REDDY'S LABORATORIES, INC.,

    Defendants.

------------------------------------------------------------X

Civil Action No. 3:13-cv-00091

So ordered
[signature] 4/18/13

## STIPULATION OF PARTIAL DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs, AstraZeneca AB, AstraZeneca LP, KBI-E Inc. and defendants, Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc., by their undersigned attorneys, stipulate to dismiss with prejudice Counts II through V of the Complaint, and the affirmative defenses corresponding to those Counts. This dismissal shall be without effect on the remaining Count I and the affirmative defenses related to Count I, which the parties will continue to litigate.

| | |
|---|---|
| s/ John E. Flaherty | s/ Alan Pollack |
| John E. Flaherty | Alan Pollack |
| McCARTER & ENGLISH | BUDD LARNER |
| Four Gateway Center | 150 JFK Parkway |
| 100 Mulberry Street | Short Hills, New Jersey |
| Newark, New Jersey 07102 | (973) 315-4400 |
| (973) 622-4444 | |
| *Attorneys for AstraZeneca AB,* | *Attorneys for Dr. Reddy's Laboratories, Ltd.* |
| *AstraZeneca LP, and KBI-E Inc.,* | *and Dr. Reddy's Laboratories, Inc.* |