UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, ASTRAZENECA LP, and POZEN INC., <br> Plaintiffs, <br> v. <br> DR. REDDY'S LABORATORIES INC. and DR. REDDY'S LABORATORIES LTD., <br> Defendants. | Civil Action No. 11-2317 (JAP-DEA) |
| ASTRAZENECA AB, ASTRAZENECA LP, KBI-E INC., and POZEN INC., <br> Plaintiffs, <br> v. <br> LUPIN LTD. and LUPIN PHARMACEUTICALS INC., <br> Defendants. | Civil Action No. 11-04275 (JAP-DEA) |
| ASTRAZENECA AB, ASTRAZENECA LP, KBI-E INC., and POZEN INC., <br> Plaintiffs, <br> v. <br> ANCHEN PHARMACEUTICALS, INC., <br> Defendants. | Civil Action No. 11-06348 (JAP-DEA) |
| ASTRAZENECA AB, ASTRAZENECA LP, and POZEN INC., <br> Plaintiffs, <br> v. <br> DR. REDDY'S LABORATORIES INC. and DR. REDDY'S LABORATORIES LTD., <br> Defendants. | Civil Action No. 13-00091 (JAP)(DEA) |

**STIPULATED CONSENT ORDER**

**WHEREAS**, Plaintiffs ASTRAZENECA AB, ASTRAZENECA LP, and POZEN INC. have filed *AstraZeneca AB, AstraZeneca LP, and Pozen Inc., v. Dr. Reddy's Laboratories Inc. and Dr. Reddy's Laboratories Ltd.*, Civil Action No. 11-2317 (JAP-DEA) ("AstraZeneca v. DRL I"), alleging, *inter alia*, infringement of U.S. Patent Nos. 5,714,504, 6,369,085, 6,875,872, 6,926,907, 7,411,070, and 7,745,466, which are listed in the Orange Book for Plaintiffs' Vimovo® product;

RECEIVED
MAY 14 2013
AT 8:30_____M
WILLIAM T. WALSH
CLERK

WHEREAS, Plaintiffs ASTRAZENECA AB, ASTRAZENECA LP, and POZEN INC. have filed *AstraZeneca AB, AstraZeneca LP, and Pozen Inc., v. Lupin Ltd. and Lupin Pharmaceuticals Inc.*, Civil Action No. 11-4275 (JAP-DEA) ("AstraZeneca v. Lupin"), alleging, *inter alia*, infringement of U.S. Patent Nos. 5,714,504, 6,369,085, 6,875,872, 6,926,907, 7,411,070, and 7,745,466, which are listed in the Orange Book for Plaintiffs' Vimovo® product;

WHEREAS, Plaintiffs ASTRAZENECA AB, ASTRAZENECA LP, and POZEN INC. have filed *AstraZeneca AB, AstraZeneca LP, and Pozen Inc., v. Anchen Pharmaceuticals, Inc.*, Civil Action No. 11-06348 (JAP-DEA) ("AstraZeneca v. Anchen"), alleging, *inter alia*, infringement of U.S. Patent Nos. 6,369,085, 6,926,907, 7,411,070, and 7,745,466, which are listed in the Orange Book for Plaintiffs' Vimovo® product;

WHEREAS, Plaintiffs ASTRAZENECA AB, ASTRAZENECA LP, and POZEN INC. have filed *AstraZeneca AB, AstraZeneca LP, and Pozen Inc., v. Dr. Reddy's Laboratories Inc. and Dr. Reddy's Laboratories Ltd.*, Civil Action No. 13-00091 (JAP-DEA) ("AstraZeneca v. DRL II"), alleging, *inter alia*, infringement of U.S. Patent Nos. 5,714,504, 6,369,085, 6,926,907, 7,411,070, and 7,745,466, which are listed in the Orange Book for Plaintiffs' Vimovo® product;

WHEREAS, the Court previously consolidated *AstraZeneca v. DRL I* with *AstraZeneca v. Lupin* for discovery purposes (D.E. 41), and subsequently consolidated *AstraZeneca v. Anchen* with the consolidated *AstraZeneca v. DRL I* with *AstraZeneca v. Lupin* actions for discovery purposes (D.E. 82),

WHEREAS, Dr. Reddy's Laboratories Inc. and Dr. Reddy's Laboratories Ltd. seeks consolidation, for discovery purposes, of *AstraZeneca v. DRL II* with *AstraZeneca v. DRL I*, *AstraZeneca v. Lupin* and *AstraZeneca v. Anchen*, and all other parties in each of these actions consents to such consolidation and further agree that proceedings, submissions and findings from *DRL I* will be integrated individually or otherwise into *DRL II* as the parties will later agree or the Court will decide;

WHEREAS, the parties further agree that the propriety of consolidating any combination of these actions for pretrial and trial purposes shall be considered at such time as may be appropriate;

THEREFORE, these matters, having come before the Court on the joint application of the parties for the entry of this Stipulated Consent Order,entered, and for good cause shown:

IT IS on this 14th day of May, 2013,

ORDERED that *AstraZeneca v. DRL II* (13-cv-00091) be consolidated with *AstraZeneca v. DRL I*, *AstraZeneca v. Lupin* and *AstraZeneca v. Anchen* for discovery purposes; and it is

FURTHER ORDERED that all future filings and submissions to the Court shall be made in *AstraZeneca v. DRL I* under Civil Action No. 11-2317 until further Order of the Court.

                                                           DOUGLAS E. ARPERT  
                                                           United States Magistrate Judge